UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                               )<br>            Plaintiff,          )<br>                               )<br>       v.                      )<br>                               )<br>GREGG ALAN LARSEN,             )<br>                               )<br>            Defendant.         )<br>                               ) | INDICTMENT CR-10-137 JNE/SRN<br><br>(18 U.S.C. § 2251(a))<br>(18 U.S.C. § 2251(e))<br>(18 U.S.C. § 2252(a)(4)(B))<br>(18 U.S.C. § 2252(b)(1)<br>(18 U.S.C. § 2253(a)) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Production of Child Pornography)

In or about April 2006, in the State and District of Minnesota, the defendant,

**GREGG ALAN LARSEN,**

did knowingly employ, use, persuade, induce, entice, and coerce minor "A" to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including a computer, including, but not limited to the following computer image files:

PICT0001.JPG          PICT0005.JPG

PICT0002.JPG          PICT0019.JPG

PICT0003.JPG          PICT0020.JPG

PICT0004.JPG          PICT0024.JPG

SCANNED
MAY 2 0 2010
U.S. DISTRICT COURT ST. PAUL



FILED  MAY 1 9 2010
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED _____
DEPUTY CLERK'S INITIALS _____

U.S. v Gregg Alan Larsen

in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 2
(Production of Child Pornography)

In or about June and July 2006, in the State and District of Minnesota, the defendant,

**GREGG ALAN LARSEN,**

did knowingly employ, use, persuade, induce, entice, and coerce minor "B" to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including a computer, including, but not limited to the following computer image files:

| | |
|---|---|
| IMG_0009jpg | IMG_0062.jpg |
| IMG_0025.jpg | IMG_0063.jpg |
| IMG_0027.jpg; | IMG_0064.jpg |
| IMG_0045.jpg | IMG_0065.jpg |
| IMG_0047.jpg | IMG_0066.jpg |
| IMG_0049.jpg | IMG_0067.jpg |
| IMG_0052.jpg | IMG_0068.jpg |
| IMG_0053.jpg | IMG_0069.jpg |
| IMG_0054.jpg | IMG_0070.jpg |
| IMG_0061.jpg | IMG_0071.jpg |

in violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT 3
(Distribution of Child Pornography)

On or about May 18, 2009, in the State and District of Minnesota, the defendant,

**GREGG ALAN LARSON,**

did knowingly transport and ship in interstate commerce by computer visual depictions, where the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such depictions are of such conduct, including, but not limited to, the following computer image and video files:

2633935oat.jpg

3470244Uxq.jpg

[webcam] [pre-tod+] [boy] [hc] f4_secondfuck.avi

Img-e-16.jpg

Img-e-19.jpg

5yo Boy Fondles Self 5yo Boy Fondles Self.avi

2007 Tara 8Yr - arsch fick - h.guenter1@gmx.net.wmv

toddler boy - MathewXXX-100_257[[3_4_5_6]]_PC.avi

all in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

### COUNT 4
(Possession of Child Pornography)

On or about July 1, 2009, in the State and District of Minnesota, the defendant,

**GREGG ALAN LARSEN,**

did knowingly possess one or more matters that contained a visual depiction, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by

3

U.S. v. Gregg Alan Larsen

computer, and that was produced using materials that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct, including, but not limited to, the following computer image files:

Incest[No.3].mpg

p101 Mikael - 8 Amazing!!.mpg

p101 Suck Bound 04-Pthc Gay Boy Pedo-Cute Boy Tied To Chair Sucks A Guy.mpg

!!! MB1 PJK RAPE(27MIN) S00-Zz-087-Man Fuck 10 11yo Boys Part 192).avi

!New - FUCKN' KIDDOS!!!!!!!!!!!!(2).MPG

!dad%2~1.mpg

2.suck.69.mpg

Family Sex(video).mpg

10Yo boy Fucked From Underneah By Big-Cock Man.mpg

Rbv 048 Kdv 2 - 12Yo And 8Yo.mpg

all in violation of Title 18, United States Code Sections 2252(a)(4)(B) and 2252(b)(1).

## FORFEITURE ALLEGATIONS

Counts 1 through 4 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253(a).

As a result of the foregoing offenses, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

U.S. v. Gregg Alan Larsen

(1) any visual depiction described in section 2251, 2251A, 2252, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including a computer.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

All in violation of Title 18, United States Code, Sections 2251(a), 2251(e), 2252(a)(4)(B), and 2253(a).

A TRUE BILL

| UNITED STATES ATTORNEY | FOREPERSON |